| | |
|---|---|
| KEVIN V. RYAN, CSBN 118321<br>United States Attorney<br>JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney<br>Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150<br>Assistant United States Attorney | **E-filed 3/27/06** |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TASAWAR JALALI,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY, Michael Chertoff, Secretary; U.S. ATTORNEY GENERAL, Alberto Gonzales; US CITIZENSHIP AND IMMIGRATION SERVICES, Robert Divine, Acting Director; US CITIZENSHIP AND IMMIGRATION SERVICES, Alfonso Aguilar, Chief; US CITIZENSHIP AND IMMIGRATION SERVICES, David Still, District Director, San Francisco District; US CITIZENSHIP AND IMMIGRATION SERVICES, Warren Janssen, Officer in Charge, San Jose Sub Office of San Francisco District,<br><br>        Defendants. | No. C 05-4999 JF<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a thirty-day extension of time within which the defendant must serve its answer to the complaint in the above-entitled action. The defendants will file their answer on or before April 24, 2006.

///

///

Stipulation for Extension
C 05-4999 JF

| | | |
|---|---|---|
| 1 | Date: March 23, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 6 | | Attorneys for Defendants |

Date: March 23, 2006                    _____/s/_____
                                        RUBY LIEBERMAN
                                        Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   3/27/06

_____
JEREMY FOGEL
United States District Judge

Stipulation for Extension
C 05-4999 JF