\*\*E-filed 6/19/06\*\*

Ruby Lieberman, Cal. Bar # 154304
Law Office of Ruby Lieberman
369 Pine Street, #725
San Francisco, CA 94104

Telephone: 415-362-5158
Facsimile:  415-693-9411
rubylieberman@sbcglobal.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Tasawar JALALI | No.  C-05-04999-JF PVT |
| Plaintiff, | STIPULATION TO EXTEND DEADLINES AND RESCHEDULE  CASE MANAGEMENT CONFERENCE; [P~~ROPOSED~~] ORDER |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, Michael Chertoff, Secretary; US ATTORNEY GENERAL, Alberto Gonzales; US CITIZENSHIP AND IMMIGRATION SERVICES, Emilio T. Gonzales, Director; US CITIZENSHIP AND IMMIGRATION SERVICES, Alfonso Aguilar, Chief; US CITIZENSHIP AND IMMIGRATION SERVICES, David Still, District Director, San Francisco; US CITIZENSHIP AND IMMIGRATION SERVICES, Warren Janssen, Officer in Charge, San Jose Sub Office of San Francisco District, | Date: June 23, 2006
Time: 10:30 a.m.
Courtroom 3
Hon. Jeremy Fogel/ Hon. Patricia V. Trumbull |
| Defendants. | |

The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the court, as follows:

1.  The plaintiff, Tasawar Jalali, is a lawful permanent resident (A# 73 413 651) of the United States, who filed an application for naturalization pursuant to Immigration and Nationality Act ("INA") § 316, 8 U.S.C. § 1427, on July 11, 2003.

2.  The plaintiff was examined regarding that application by the defendants, Department of Homeland Security, in the San Jose sub office of the San Francisco District Office of USCIS on March 31, 2004.  At

1 the conclusion of the examination, he was given a form by USCIS stating that he had passed the tests of English and U.S. history and government, but that a decision could not be made regarding his application. To date, no decision has been made on the plaintiff's application for U.S. citizenship.

3. In response to the plaintiff's inquiries regarding the status of his application, he has been told only that his application is pending an FBI name check clearance. It appears that Mr. Jalali's application for naturalization would be approved, but for the pendency of the background check, and the potential impact that check could have on the good moral character requirement of the application.

4. On December 5, 2005, the plaintiff filed an action under INA § 336(b), 8 U.S.C. § 1447(b), which provides that if the defendants fail to make a determination regarding an application for naturalization before the end of the 120-day period after the date on which the examination is conducted, the applicant may apply to the United States District Court for a hearing on the matter, and that the District Court has jurisdiction and may either determine the matter, or remand the matter, with appropriate instructions, to the defendant to determine the matter.

5. The parties are scheduled to file a Case Management Statement on June 16, 2006. The parties are scheduled for a Case Management Conference on June 23, 2006.

6. The parties have filed a Notice of Need for ADR Phone Conference and the phone conference is scheduled for June 20, 2006, at 2:00 p.m.

7. On June 16, 2006, counsel for the defendants informed counsel for the plaintiff that the defendants are currently willing to commit to being ready to render a decision on the plaintiff's application for naturalization within sixty days.

8. In light of the defendant's representation that it will be ready to render a decision within sixty days of today, the parties respectfully request that this Court modify the Case Schedule by moving the dates in this case as follows:

Last day to file/serve Case Management Statement:   August 16, 2006

Case Management Conference:   August 25, 2006

The parties request that the scheduling of the ADR phone conference not be changed.

|   |   |
|---|---|
| | Respectfully submitted, |
| | |
| | /s/ |
| Dated:  June 16, 2006 | Ruby Lieberman[1/] |
| | Law Office of Ruby Lieberman |
| | |
| | |
| | KEVIN V. RYAN |
| | United States Attorney |
| | |
| | /s/ |
| Dated: June 16, 2006 | Edward A. Olsen |
| | Assistant United States Attorney |

---

[1/] I, Ruby Lieberman, attest that both I and Edward A. Olsen, Assistant United States Attorney, have signed this joint case management conference statement and will provide the original upon request.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### [PROPOSED] ORDER

Pursuant to stipulation, with the understanding that the defendants will be ready to render a decision on Plaintiff's application no later than August 15, 2006, IT IS SO ORDERED.

Dated:__6/19/06_____      
                              _____
                              JEREMY FOGEL
                              United States District Judge


                              _____
                              PATRICIA V. TRUMBULL
                              United States Magistrate Judge