**E-filed 8/31/06**

1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12
   TASAWAR JALALI,                    )
13                                    )
                 Plaintiff,            )    C 05-4999-JF
14                                    )
           v.                         )
15                                    )
   DEPARTMENT OF HOMELAND SECURITY,)       **STIPULATION TO DISMISS; AND**
16 Michael Chertoff, Secretary; US ATTORNEY )  **[PROPOSED] ORDER**
   GENERAL, Alberto Gonzales; UNITED )
17 STATES CITIZENSHIP AND IMMIGRATION )
   SERVICES, Robert Devine, Acting Director; )
18 US CITIZENSHIP AND IMMIGRATION    )
   SERVICES, Alfonso Aguilar, Chief; US )
19 CITIZENSHIP AND IMMIGRATION       )
   SERVICES, David Still, District Director, San )
20 Francisco District; US CITIZENSHIP AND )
   IMMIGRATION SERVICES, Warren Janssen, )
21 Officer in Charge, San Jose Sub Office of San )
   Francisco District,                )
22                                    )
                 Defendants.           )
23 _____)

24    The plaintiff, by and through his attorney of record, and defendants, by and through their

25 attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-

26 entitled action without prejudice in light of the fact that the United States Citizenship and

27 Immigration Services (USCIS) has agreed to approve the plaintiff's application for naturalization

28 within thirty days of the filing of this stipulation to dismiss, assuming the plaintiff does not

STIPULATION TO DISMISS; AND [PROPOSED] ORDER
C 05-4999-JF                              1

1. commit any disqualifying acts in the interim, and will schedule the plaintiff for the next available
2. oath ceremony.
3.     Each of the parties shall bear their own costs and fees.
4.
5.
6. DATED: August 25, 2006                      /s/
                                                                                   RUBY LIEBERMAN
7.                                                                                    Attorneys for Plaintiff
8.
9.
10.
11. DATED: August 25, 2006                  KEVIN V. RYAN
                                                             United States Attorney
12.
13.                                                                                        /s/
                                                                        EDWARD A. OLSEN
14.                                                                      Assistant United States Attorney
                                                                     Attorneys for Defendants
15.
16.
17.                                                               **ORDER**
18. Pursuant to stipulation, IT IS SO ORDERED.
19.
20. Date:  8/31/06
21.                                                               JEREMY FOGEL
22.                                                               United States District Judge
23.
24.
25.
26.
27.
28.

STIPULATION TO DISMISS; AND [PROPOSED] ORDER
C 05-4999-JF                                                   2